1

2

3

4                                         UNITED STATES DISTRICT COURT

5                                     NORTHERN DISTRICT OF CALIFORNIA

6

7      DAVONTE DOMINIQUE SYKES,                        Case No. 22-cv-01945-JSC

8                           Plaintiff,

                                                       **ORDER OF TRANSFER**
9              v.
                                                       Re: ECF No. 6
10     WARDEN,

11                          Defendant.

12             Plaintiff, a California prisoner proceeding without representation by a lawyer, filed this

13     civil rights action under 42 U.S.C. § 1983.  Plaintiff is located at Kern Valley State Prison

14     ("KVSP").  He complains about the conditions of his confinement at the California Correctional

15     Institute ("CCI") in Tehachapi, California, where Defendants are also located.

16             When, as here, jurisdiction is not founded on diversity, venue is proper in the district in

17     which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in

18     which a substantial part of the events or omissions giving rise to the claim occurred, or a

19     substantial part of property that is the subject of the action is situated, or (3) a judicial district in

20     which any defendant may be found, if there is no district in which the action may otherwise be

21     brought.  28 U.S.C. § 1391(b).  Where a case is filed in the wrong venue, the district court has the

22     discretion either to dismiss the case or transfer it to the proper federal court "in the interest of

23     justice."  28 U.S.C. § 1406(a).

24             Plaintiff's allegations arise out of events occurring at CCI, and the allegedly responsible

25     officials are located there.  CCI is in Kern County; KVSP (where Plaintiff is currently

26     incarcerated) is also in Kern County.  Kern County lies within the venue of the United States

27     District Court for the Eastern District of California.  *See* 28 U.S.C. § 84.

28             Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is

United States District Court
Northern District of California

1   TRANSFERRED to the United States District Court for the Eastern District of California.

2         The Clerk of the Court shall transfer this matter forthwith.  In light of this transfer, the

3   Court defers to the Eastern District for ruling on the motion for leave to proceed in forma pauperis.

4         The Clerk shall terminate docket number 6 from this Court's docket.

5         **IT IS SO ORDERED.**

6   Dated: July 8, 2022

 

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California

2