# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVONTE DOMINIQUE SYKES,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN,<br><br>    Defendant. | Case No. 1:22-cv-00864-CDB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |

Plaintiff Davonte Dominique Sykes is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 19, 2022, the Court issued an order granting Plaintiff's application to proceed *in forma pauperis* ("IFP"). (ECF No. 14.) The Court served the order on Plaintiff by U.S. Postal Service. On July 25, 2022, the U.S. Postal Service returned the order as "Undeliverable: Paroled." To date, Plaintiff has not updated his address with the Court.

As explained in the Court's first informational order, a party appearing *pro se* must keep the Court advised of his current address. (ECF No. 11 at 5.)  Pursuant to Local Rule 183(b), if mail directed to a *pro se* plaintiff "is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." LR. 183(b).

Plaintiff has not updated his address of record and 63 days have passed. Accordingly, it is HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order Plaintiff shall show cause why the action should not be dismissed;

2. Because Defendants have not appeared in this action, CDCR is directed to attempt to serve this order at any forwarding address that may be available for Plaintiff; and

3. Plaintiff's failure to respond to this order will result in dismissal of the action for failure to prosecute.

IT IS SO ORDERED.

Dated:   **October 6, 2022**

UNITED STATES MAGISTRATE JUDGE