UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVONTE DOMINIQUE SYKES,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN,<br><br>    Defendant. | Case No. 1:22-cv-00864-CDB (PC)<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE<br><br>(ECF No. 16)<br><br>**FOURTEEN (14) DAY DEADLINE**<br><br>Clerk of Court to assign a district judge. |

  Plaintiff Davonte Dominique Sykes is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. On July 19, 2022, the Court granted Plaintiff's application to proceed *in forma pauperis* ("IFP"). (ECF No. 14.) The Court served the IFP order on Plaintiff by U.S. Postal Service. On July 25, 2022, the U.S. Postal Service returned the order as "Undeliverable: Paroled." Because more than sixty-three days have passed and Plaintiff has failed to notify the Court of his new address, the Court may dismiss this action for failure to prosecute. *See* Local Rule 183(b).

  On October 7, 2022, the Court ordered Plaintiff to show cause why this action should not be dismissed and advised that Plaintiff's failure to respond to the order within 30 days (*e.g.*, by November 7, 2022) would result in dismissal of the case for failure to prosecute. (ECF No. 15.) The Court further directed CDCR to attempt to serve the show-cause order at any forwarding

address for Plaintiff. (*Id.*) Following transmittal, Plaintiff's copy of the show-cause order and a separate, administrative order each were returned as "Undeliverable, Paroled."

Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice for Plaintiff's failure to prosecute.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that the failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

The Clerk of Court is DIRECTED to appoint a district judge to this action.

IT IS SO ORDERED.

Dated: **November 8, 2022**

UNITED STATES MAGISTRATE JUDGE