UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVONTE DOMINIQUE SYKES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Defendant. | Case No. 1:22-cv-00864-JLT-CDB (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>(Doc. 18) |

On July 19, 2022, the Court granted Plaintiff's application to proceed *in forma pauperis*. (Doc. 14.) After the order was returned by the U.S. Postal Service as "Undeliverable: Paroled," Plaintiff failed to notify the Court of his new address within sixty-three days as required by Local Rule 183(b). The Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute. (Doc. 15.) The Plaintiff's copy of the order to show cause and an administrative order were also returned as "Undeliverable: Paroled."

On November 8, 2022, the assigned magistrate judge issued findings and recommendations to dismiss this action without prejudice for failure to prosecute. (Doc. 18.) The findings and recommendations were served at Plaintiff's last known address and it provided him 14 days to file objections thereto. (*Id.* at 2.) Plaintiff has not filed any objections, and the time do so has passed.[1]

---

[1] The findings and recommendations were also returned as undeliverable. Pursuant to Local Rule

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on November 8, 2022, (Doc. 18), are adopted in full.
2. This action is dismissed without prejudice for failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 30, 2022**                                              /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

---

182(f), if a *pro se* party fails to notify the court of a change of address, "service of documents at the prior address [of record] of the . . . party shall be fully effective."